IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RODNEY BROWN**

    **Plaintiff,**

**v.**

**MID SOUTH TOWING, INC., a corporation, n/k/a TECO BARGE LINE, INC., a corporation,**

    **Defendant.**                      Case No. 05-cv-407-DRH

## ORDER

**HERNDON, District Judge:**

On June 15, 2007, pursuant to the parties' request, the Court issued an Order (Doc. 30) directing that judgment be entered in this case, dismissing this action with prejudice and without costs 60 days from the date of the Order. On July 11, 2007, the parties filed a Stipulation for Dismissal With Prejudice (Doc. 31), stating that the case has settled and therefore, is dismissed with prejudice, each party to bear their own costs.

The Court hereby **ACKNOWLEDGES** the parties' Stipulation (Doc. 31) that this case hereby be **DISMISSED WITH PREJUDICE**, each party to bear their own costs.  Judgment to enter accordingly.

    **IT IS SO ORDERED.**

Signed this 11th day of July, 2007.

                                          /s/      David   RHerndon
                                      **United States District Judge**