IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RODNEY BROWN,**

    **Plaintiff,**

    vs.                                                    Cause No.  05-CV-407 DRH

**MID SOUTH TOWING, INC., a
corporation, n/k/a TECO BARGE LINE,
INC., a corporation,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------------

                                                                     **NORBERT G. JAWORSKI, CLERK**

July 11, 2007                                       By:  s/Patricia Brown
                                                                     Deputy Clerk

APPROVED: /s/    David   RHerndon
                  **U.S. DISTRICT JUDGE**